Case 7:18-cr-01436 Document 1 Filed on 08/08/18 in TXSD Page 1 of 2

AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

AUG - 8 2018

David J. Bradley, Clerk

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

## McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Rogelio Quiroz-Moreira**           *Principal*
          YOB:    1973    Mexico

## CRIMINAL COMPLAINT

Case Number:
M-18-1640-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 7, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
(Track Statutory Language of Offense)

**knowing or in reckless disregard of the fact that Rafael Osmin Salgado-Salgado and Juan Francisco Romero-Lizama, both citizens of El Salvador, along with one (1) other undocumented alien, for a total of (3), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in McAllen, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii)__   FELONY
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On August 3, 2018, Border Patrol Agents obtained information from a detained subject about a caretaker and the house used for alien smuggling.

On August 7, 2018, Agents began surveillance at 2708 N. 32 Street located in McAllen, Texas. Agents observed the male caretaker they had identified as Rogelio Quiroz-Moreira. Agents followed Quiroz to the local Wal-Mart. At the Wal-Mart, agents approached Quiroz after he exited the store and they identified themselves. They conducted an immigration inspection on Quiroz and he admitted to being an undocumented alien. Agents then questioned Quiroz regarding the smuggling information they received. Quiroz told agents that there were 3 illegal aliens at his residence. Quiroz provided agents verbal consent to search his residence.

**SEE ATTACHMENT**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Approved by David A. Lindenmuth
8/8/18

Sworn to before me and subscribed in my presence,

August 8, 2018                    3:42 PM              at   McAllen, Texas
Date                                                        City and State

Peter E. Ormsby          , U. S. Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer

Signature of Complainant

Nicolas Cantu, Jr         Senior Patrol Agent
Printed Name of Complainant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18-*1640*-M

RE: Rogelio Quiroz-Moreira

**CONTINUATION:**

Agents proceeded to the residence and discovered 3 undocumented aliens. Quiroz and the 3 undocumented aliens at the residence were placed under arrest and transported to the McAllen Border Patrol Station for processing.

Felipe Aguirre-Martinez, a Mexican citizen, with documents to be legally present in the United States was also arrested with Moreira. Aguirre will not be charged with alien smuggling and will be processed accordingly.

**Principal Statement**

Rogelio Quiroz-Moreria, a citizen of Mexico, stated that a man drops off the undocumented aliens at his residence. Quiroz also receives phone calls from two different people that instruct him to pick up the undocumented aliens. After receiving or picking up the undocumented aliens, they only stay a few days. Quiroz claims he gets paid $150 USD per illegal alien. The same persons that pay him also instruct him when the undocumented aliens will be leaving his residence.

**Material Witnesses**

Rafael Osmin Salgado-Salgado and Juan Francisco Romero-Lizama were read their Miranda Rights. They understood their rights and provided a statement.

Salgado, a citizen of El Salvador, stated he crossed illegally into the United States and was taken to the stash house where he was arrested. Salgado claims he paid $3,000 USD to enter illegally into the United States.

Lizama, a citizen of El Salvador, stated he entered the United States illegally. After crossing the Rio Grande River, he was picked up by a white truck. Lizama claims he was eventually taken to the apartment where he was arrested.